**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,               )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        2:10-CR-565-RLH (PAL)
                                        )
RICHARD PAUL,                           )
                                        )
                    Defendant.          )
_____ )

**FINAL ORDER OF FORFEITURE**

On March 22, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section, 2461(c); Title 21, United States Code, Section 853(p); and Title 26, United States Code, Section 5872 (a) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant RICHARD PAUL to criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant RICHARD PAUL pled guilty. Superseding Indictment, ECF No. 49; Minutes of Change of Plea Proceedings, ECF No. 78; Plea Memorandum, ECF No. 79; Amended Preliminary Order of Forfeiture, ECF No. 98.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

1  consecutively from March 27, 2011, through April 25, 2011, notifying all third parties of their right

2  to petition the Court. Notice of Filing Proof of Publication, ECF No. 113.

3        This Court finds no petition was filed herein by or on behalf of any person or entity and the

4  time for filing such petitions and claims has expired.

5        This Court finds no petitions are pending with regard to the assets named herein and the time

6  for presenting such petitions has expired.

7        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

8  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

9  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

10  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

11  2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section,

12  2461(c); Title 21, United States Code, Section 853(p); Title 26, United States Code, Section 5872 (a)

13  and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7)

14  and shall be disposed of according to law:

15      1.   Romarm Model GP-WASR AK-47 style 7.62mm rifle, serial # PU-6692-85;

16      2.   YUGO model 59/66, 7.62mm rifle, serial # 551451;

17      3.   Norinco, Model SKS, 7.62mm rifle, serial # 20029181;

18      4.   IZHMASH model Saiga, 7.62 mm rifle, serial # H03104475;

19      5.   Uzi 9mm semi-auto pistol, serial # UP03531;

20      6.   JLD Enterprises Model PTR91, .308 caliber semi-auto rifle, serial # A1341;

21      7.   Harrington and Richardson, Model Handi Rifle, .223 caliber rifle, serial #

22         HX200769;

23      8.   Ruger Mini-14, .223 caliber semi-auto rifle, serial # 185-35560;

24      9.   UNK, M1, 30 Cal rifle, serial # 8847153;

25      10.   Poland, Model PMKMS (AKM-type), 7.62 x 39 mm caliber machine gun,

26         serial # KM15107 with one 30-round magazine;

11.     Romania, Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machine gun, serial # FG0211 with one 30-round magazine;

12.     Tula, Model AKM, 7.62 x 39 caliber machine gun, serial # 596014;

13.     Izhevsk, Model AKMS, 7.62 x 39 caliber machine gun, serial # 219291;

14.     Vulcan Arms Model V15, 5.56mm, full-auto machine gun rifle, serial # P8244;

15.     Romanian, Model AIM / PM63 (AKM-type), 7.62 x 39mm caliber machine gun, serial # NU4956;

16.     Tula, model AKM, 7.62 x 39mm caliber machine gun, serial #  981151;

17.     Izhevsk, Mod. AKM, 7.62 x 39 mm cal. machine gun, identified by number B1601;

18.     Bulgarian, Mod. AKK (AK-47), 7.62 x 39mm cal. machine gun, serial # KO 154011;

19.     Romanian, Model AIMS/PM65 (AKM-type), 7.62x39mm cal. machine gun, serial # AF2192

20.     AKM-Type, 7.62x39 mm cal. machine gun, maker uncertain, serial # UM-7313-05;

21.     Iraq, Model Tabuk (AKM-Type), 7.62x39mm cal. machine gun, serial # 8037669;

22.     Zastava Arms, Model M70AB2, 7.62x39mm cal. machine gun, serial #  B-95917;

23.     Tula, Model AKM, 7.62 X 39mm caliber machine gun, serial # 842782;

24.     Tula, Model AKM, 7.62 X 39mm machine gun, serial #  596085;

25.     Norinco, Model 56-1 7.62 X 39mm caliber machine gun, serial # 26022877;

26.     Tula, Model AKM 7.62 X 39mm caliber machine gun, serial # 597584;

. . .

27. Zastava Arms, model M70AB2, 7.62 X 39mm caliber machine gun, serial # B-96106;

28. Zastava Arms, Model M70AB2, 7.62 X 39mm caliber machine gun, serial # 602379;

29. Ruger, P95DC, 9mm pistol, serial # 314-38221;

30. Ruger, P95DC, 9mm pistol, serial # 315-58276;

31. Ruger, P95DC, 9mm pistol, serial # 315-65017;

32. Ruger, P95DC, 9mm, serial # 314-39509;

33. Ruger, P95DC, 9mm, serial # 315-65022;

34. Arms Corps M-21/14 7.62 rifle, serial # 11738;

35. Savage 300 Rem. rifle, serial # F936150;

36. Colt, AT-15 .223 rifle, serial # LBD032093;

37. Ithaca, unknown caliber shotgun, serial # 371290356;

38. Ruger P95, 9mm serial # 314-34728;

39. Deringer, .45 caliber pistol, serial # 48977;

40. Smith & Wesson, .357 revolver, serial # BNW1214;

41. Masterpiece Arms, .45 caliber pistol with extension, serial # A4802;

42. Remington, Model 742, serial # 4771;

43. Ruger, model P95DC, 9mm pistol, serial # 314-34729;

44. Ruger, model P95DC, 9mm pistol, serial # 315-65178;

45. Sig Sauer, model P220, .45 caliber pistol, serial # G369927;

46. Unknown manufacturer, unknown model, unknown caliber rifle, serial # 61134;

47. New England Arms, model P, 12 GA shotgun, serial # NM323393;

48. Unknown manufacturer, unknown model, unknown caliber rifle, serial # 32413;

49.  Unknown manufacturer, model 98, unknown caliber rifle, serial # T9348;

50.  Winchester, model 1200, 12 GA shotgun, serial # L1156207;

51.  Romanian, model PSL rifle, 7.62 x 54R caliber machine gun Serial Number: N4250;

52.  Unknown manufacturer, unknown model, unknown caliber machine gun, serial # F-3452;

53.  Unknown manufacturer, unknown model, unknown caliber machine gun, serial # 56401731;

54.  Unknown manufacturer, unknown model, unknown caliber machine gun, serial # 598675;

55.  Ruger, model P95DC, 9mm pistol, serial # 315-65182;

56.  Star, Bonifacio Echeverria, model Gold Setra 2002, 9mm hand gun, serial # 60519;

57.  Beretta, Pietro S.P.A., model 92S, 9mm hand gun, serial # X22657Z;

58.  Ruger, model P95DC, 9mm caliber pistol, serial # 315-63353;

59.  Unknown manufacturer, model MP-5, 9mm caliber machine gun, serial # C49892;

60.  Beretta, Pietro S.P.A., model 12S, 9mm caliber machine gun, serial # F08191;

61.  Unknown manufacturer, unknown model, unknown caliber machine gun, serial # U6335;

62.  Unknown manufacturer, model M92, unknown caliber machine gun, serial # 83566;

63.  Unknown manufacturer, model M92, unknown caliber machine gun, serial # 83587;

. . .

64.    Unknown manufacturer, model M92, unknown caliber machine gun, serial # 83683;

65.    Unknown manufacturer, model M92, unknown caliber machine gun, serial # 83692;

66.    Unknown manufacturer, model M92, unknown caliber machine gun, serial # 82296;

67.    Unknown manufacturer, unknown model, unknown caliber machine gun, serial # SH2783;

68.    Ruger, model P95DC, 9mm caliber hand gun, serial # 314-35165;

69.    Glock, model 19, 9mm caliber hand gun, serial # GND176;

70.    Ruger, model P95DC, 9mm caliber hand gun, serial # 314-39389;

71.    Ruger, model P95DC, 9mm caliber pistol, serial # 315-64373;

72.    Astra, model 800, 9mm handgun, serial # 830267;

73.    any and all ammunition;

74.    $25,584.00 in United States Currency; and

75.    an *in personam* criminal forfeiture money judgment of $38,220.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE